# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:

JOANNA K. WORTHAM,                                    Case No.: 3:10-bk-03775-JAF

           Debtor.                                    Chapter 7

_____/

## NOTICE OF INTENT TO SELL
## PROPERTY OF THE ESTATE AT PRIVATE SALE

---

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this matter without further notice or hearing unless a party in interest files an objection within twenty one (21) days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and serve a copy on Jacob A. Brown, Esq., Akerman Senterfitt, 50 North Laura Street, Suite 3100, Jacksonville, FL 32202; Doreen Abbott, Chapter 7 Trustee, P.O. Box 56257, Jacksonville, FL 32241-6257 and U.S. Trustee, 135 W. Central Boulevard, Suite 620, Orlando, FL 32801.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

      PLEASE TAKE NOTICE that, pursuant to 11 U.S.C § 363(b), Federal Rule of Bankruptcy Procedure 6004, and M.D. FLA. L.B.R. 2002-4 and 6004-1, the Trustee will sell at private sale the Estate's interest in the following described property:

      Bankruptcy estate's interest in: (1) 2000 Chevrolet Corvette (VIN 1G1YY22G7Y5120600) in the amount of $5,000.00 less applicable exemptions, for **$4,000.00** and (2) 2002 Chevrolet Avalanche (VIN 3GNEK13T22G349470) for **$1,000.00.**

      The sale shall be to the Debtor for **$5,000.00,** payable to the Trustee in a lump sum payment on or before October 15, 2011. **Furthermore, the Debtor shall forthwith**

provide the Trustee proof that the 2000 Chevrolet Corvette and 2002 Chevrolet Avalanche are insured against all standard risks and that the Bankruptcy Estate is designated as a loss payee in that policy. The coverage shall continue until the sale contemplated under this Notice is finalized and all payments have been made.

The Trustee will entertain higher bids for the purchase of the property described above. Such bids must be in writing and accompanied by a deposit of 100% of the proposed higher purchase price. Any higher bid must be received by Doreen Abbott, as Trustee, at the address listed below no later than the close of business on twenty-one (21) days from the date of mailing as indicated below. If more than one bid is received, a telephone auction will occur among the bidders on the earliest date the trustee can arrange such auction. The Estate reserves the right, without penalty, to withdraw this offer of sale at any time, and any funds, bids or deposits received by the Trustee prior to the expiration of the twenty-one-day objection period shall be held in trust pending completion of the sale. This sale shall not become final until after the expiration of the twenty-one-day objection period set forth above, and/or a favorable disposition of any objections to the sale filed as outlined above. The property is being sold subject to all liens and encumbrances of record, if any. The proceeds of the sale shall become property of the Estate and distributed according to the Bankruptcy Code. The Trustee has considered the tax consequences of the sale and believes that the sale is in the best interest of the estate and recommends it to the creditors. **The property is being sold "as is, where is" with no warranties of any kind, "express, implied, or otherwise."** It is the buyers' responsibility to examine title or otherwise identify any encumbrances on the property not disclosed herein. To the extent that encumbrances not disclosed above exist, it is the buyers' responsibility to satisfy those encumbrances.

Accepted and Agreed to:

Joanna K. Wortham

Dated: October ⎵6⎵, 2011.

AKERMAN SENTERFITT

By: */s/ Jacob A. Brown*
    Jacob A. Brown
    Florida Bar No. 0170038
    Email: jacob.brown@akerman.com
    Katherine C. Fackler
    Florida Bar No. 0068549
    Email: katherine.fackler@akerman.com
    50 North Laura Street, Suite 3100
    Jacksonville, Florida 32202
    Telephone: (904) 798-3700
    Facsimile: (904) 798-3730

Attorneys for Doreen Abbott, Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished either by electronic notification or U.S. Mail, postage prepaid and properly addressed, this 6ᵗʰ day of October, 2011, to:

Joanna K. Wortham
P.O. Box 2179
Keystone Heights, FL 32656

Lawrence J. Marraffino, Esq.
Law Offices of Lawrence J. Marraffino, P.A.
3312 West University Boulevard, Suite 2
Gainesville, FL 32607

Doreen Abbott, Chapter 7 Trustee
P.O. Box 56257
Jacksonville, FL 32241-6257

United States Trustee - JAX7
135 W. Central Blvd., Suite 620
Orlando, FL 32801

and to all parties on the attached mailing matrix.

*/s/ Jacob A. Brown*
Attorney

Label Matrix for local noticing
113A-3
Case 3:10-bk-03775-JAF
Middle District of Florida
Jacksonville
Thu Oct  6 08:35:23 EDT 2011

Florida Dept of Labor and Security
Hartman Building, Suite 307
2012 Capital Circle, Southeast
Tallahassee, FL 32399-6583

Florida Dept of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

IRS
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Recovery Management Systems Corp For GE Mone
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Joanna K Wortham
P.O. Box 2179
Keystone Heights, FL 32656-2179

Alachau County Fire & Rescue
P.O. Box 548
Gainesville, FL 32602-0548

American Express
P.O. Box 53852
Phoenix, AZ 85072-3852

Capital One, N.a.
C/O American Infosource
Po Box 54529
Oklahoma City, OK 73154-1529

Chase
Attn: Bankruptcy Dept
Po Box 15145
Wilmington, DE 19850-5145

Chase
Po Box 15298
Wilmington, DE 19850-5298

Chase Bank USA, N.A.
PO Box 15145
Wilmington, DE 19850-5145

Chase Paymentech Solutions
P.O.Box 6600
Hagerstown, MD 21741-6600

Clay County Tax Collector
Post Office Box 218
Green Cove Springs FL 32043-0218

Clay Electric
P.O. Box 308
Keystone Heights, FL 32656-0308

Crs/ Collection Agency
1550 Old Henderson Rd  Suite 100
Columbus, OH 43220-3626

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH  43054-3025

Discover Fin
Attention: Bankruptcy Department
Po Box 3025
New Albany, OH 43054-3025

Family Medical Centers
First Federal Credit Control
PO Box 20790
Columbus, OH 43220-0790

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Joanna Wortham
7290 Cooper Prairie Rd
Keystone Hghts Fl 32656-8569

Kimco Middleburg LLC
c/o David Hawthorne, Esq.
Las Olas Centre II
Suite 1600
Fort Lauderdale, FL 33301

Kimco Middleburg, LLC
c/o David M. Hawthorne, Esquire
Akerman Senterfitt
350 East Las Olas Blvd. - Suite  1600
Fort Lauderdale, Florida 33301-4247

Lane Bryant
Po Box 182686
Columbus, OH 43218-2686

Protection One
P.O. Box 5714
Carol Stream, IL 60197-5714

QFA Royalties LLC
and its affiliates
1001 17th  Street
Suite 200
Denver, CO 80202-2044

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Suntrust Mortgage/cc 5
Attention: Bankruptcy
Po Box 85092
Richmond, VA 23285-5092

T/emporium
Po Box 5467
Eugene, OR 97405-0467

United States Attorney
300 North Hogan St Suite 700
Jacksonville, FL 32202-4204

(p)WACHOVIA BANK NA
PO BOX 13765
ROANOKE VA 24037-3765

Wfnnb/justice
555 W 112 Ave
Northglenn, CO 80234-3022

Doreen Abbott +
P.O. Box 56257
Jacksonville, FL 32241-6257


Jacob A Brown +
Akerman Senterfitt
50 North Laura Street
Suite 3100
Jacksonville, FL 32202-3659

Lawrence J Marraffino +
Law Offices of Lawrence J Marraffino PA
3312 West University Avenue
Suite 2
Gainesville, FL 32607-2551

United States Trustee - JAX 7 7+
135 W Central Blvd Suite 620
Orlando, FL 32801-2440


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Internal Revenue Service
PO Box 21126
Philadelphia, PA  19114

Wachovia Bank
P.O. Box 563970
Charlotte, NC 28256-3970


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Jerry A. Funk
Jacksonville

(u)David Wortham

End of Label Matrix
Mailable recipients    35
Bypassed recipients     2
Total                  37